DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILLER ATNAGU RAS MAKONNAN**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-715

[June 21, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann and Dan L. Vaughn, Judges; L.T. Case No. 562013CF003547A.

Miller Atnagu Ras Makonnan, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***